# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES PAUL AERY, | Case No. 22-CV-1159 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| TOM KASPER, TROY COYLE, and BELTRAMI COUNTY, | |
| Defendants. | |

The Court has received the September 27, 2022, Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 27.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 27) is ACCEPTED;

2. The action is DISMISSED in its entirety WITHOUT PREJUDICE.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 30, 2022                              BY THE COURT:

s/Nancy E. Brasel<br>Nancy E. Brasel<br>United States District Judge